## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **NO. 3:06CR-66-R** |
| **SHARON A. GREGORY** | **DEFENDANT** |

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

This matter has been referred to the undersigned Magistrate Judge by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11.  The appropriate wavier was executed by the defendant and filed in the record.  The Defendant, Sharon A. Gregory, by consent and with Oliver H. Barber, retained Counsel, appeared in open court on May 25, 2006, and entered a plea of guilty to Counts 1 - 6 of the Information with a written plea agreement.  The United States was represented by Brian Calhoun, Assistant United States Attorney. The hearing was recorder by Tammy Duvall, contract Court Reporter.  After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, The Court determined that the guilty plea was knowledgeable and voluntary as to Counts 1 - 6 of the Information, and that the offense charged is supported by an independent basis in fact concerning each of the essential elements of such offense. Therefore, the undersigned recommend's that the plea of guilty be accepted, and that the Defendant be adjudged guilty as to all six counts in the Information and have sentence imposed accordingly. Sentencing is hereby scheduled for **August 14, 2006 at 1:00 p.m. CST** before the Honorable Thomas B. Russell, United States District Judge.

The defendant shall have ten (10) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 72(b), or waive the opportunity to do so.  The defendant shall be released on her own recognizance pending the next court appearance..

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

45